ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Nixon & Nixon, Inc. | ) ASBCA No. 64371 |
| | ) |
| Under Contract No. N39040-25-C-2936 | ) |

APPEARANCES FOR THE APPELLANT:     Matthew R. Keller, Esq.
                                   Anthony J. Cirri, Esq.
                                    Praemia Law, PLLC
                                    Reston, VA

APPEARANCES FOR THE GOVERNMENT:    Allison M. McDade, Esq.
                                    Navy Chief Trial Attorney
                                   Carl F. Olson, Esq.
                                   Matthew S. Hawkins, Esq.
                                    Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  April 13, 2026

OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 64371, Appeal of Nixon & Nixon, Inc., rendered in conformance with the Board's Charter.

Dated: April 13, 2026

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals